oIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
DIVISION

| | |
|---|---|
| Virginia Tierney, | Case No. 05-cv-02599 (PAM/FLN) |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Dole Fresh Vegetables, a division of Dole Food Company, Inc., | |

IT IS HEREBY ORDERED AND ADJUDGED, by agreement of the parties and the Court being well and sufficiently advised, that this action shall be dismissed with prejudice, each party to pay its own costs.

Signed and entered this __27th__ day of June 2006.

                                          s/Paul A. Magnuson
                                          Paul A. Magnuson, Judge
                                          United States District Court